**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Donald S. Roth,

       Plaintiff,

    v.

Jo Anne B. Barnhart,
Commissioner, Social Security

       Defendant.

CV-05-2152-PCT-LOA

**O R D E R**

The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Commissioner of the Social Security Administration shall pay to plaintiff's counsel $5000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 9th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge